# UNITED STATES DISTRICT COURT

**NORTHERN** District of **IOWA**

UNITED STATES OF AMERICA

V.

JAMES CHRISTOPHER KOPP
*Defendant*

ORDER OF TEMPORARY
DETENTION
PENDING HEARING
PURSUANT TO
BAIL REFORM ACT

Case Number CR99-0019

Upon motion of the _government_

preliminary and detention hearing is set for _October 6, 2008_ * at _1:30 pm_
                                                 *Date*                    *Time*

before _THE HONORABLE JON STUART SCOLES_
         *Name of Judicial Officer*

2nd FLOOR COURTROOM, UNITED STATES DISTRICT COURTHOUSE,[1] CEDAR RAPIDS, IOWA
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by

THE UNITED STATES MARSHAL

Dated this 2nd day of October, 2008.

JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

---

[1] If the court has not returned to the Federal Building, all hearings and trial will be held at the court's temporary location at 4200 C Street SW, Cedar Rapids, Iowa.