# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __IOWA__

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING REVOCATION OF SUPERVISED
RELEASE HEARING

__JAMES CHRISTOPHER KOPP__
*Defendant*

Case Number CR99-0019

Upon motion of ___government___,

revocation hearing is set for __10:30 a.m.__ o __OCTOBER 14, 2008__
                       *Time*                    *Date*

before __THE HONORABLE LINDA R. READE__
*Name of Judicial Officer*

__3rd Floor Courtroom, United States District Courthouse,[2] Cedar Rapids, Iowa__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by the United States

__MARSHAL and produced for the hearing.__
*Other Custodial Officia*

Dated this 2nd day of October, 2008.

JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA

---

[2] If the court has not returned to the Federal Building, all hearings and trial will be held at the court's temporary location at 4200 C Street SW, Cedar Rapids, Iowa.