IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

Case Number __99-CR-19-LRR__  Date __Oct. 14, 2008__
Case Title __United States__ v. __James Christopher Kopp__
Chief Judge - Honorable __Linda R. Reade__
Time In Court  Start __1:24__ p.m.  Adjourn __1:55__ p.m.
               Time in chambers _____
               Recesses _____
Appearances    Plaintiff __AUSA Stephanie Rose__
               Defendant __Brian Johnson__
               Probation __Matthew Warren__
Court Reporter __Patrice Murray__ Contract Reporter? No (If yes, provide copy to financial)
Interpreter _____ Phone? Y/N  Certified? Y/N  Language _____

**TYPE OF PROCEEDING:**
  **A. HEARING:**
    1. Motion (Nature) _____
    2. Arraignment _____ Initial Appearance _____
       Defendant plead _____
       Counsel appointed _____
       Defendant released/detained
    3. Plea - Defendant plead to counts _____
       Defendant detained/released pending sentencing
    4. Sentencing - Objections to PSIR _____  **CONTESTED?** _____
       Total/Adjusted Offense Level _____ Criminal History _____
       Sentence
       Counts dismissed _____
       Defendant detained / released and shall report _____
    5. Other Hearing __Revocation Hearing__
       __Yes__ Contested Hearing (Revocation, etc.)
  **B. TRIAL -** Jury _____ Non-Jury _____ Prelim. Inj./TRO
**IS THIS HEARING CONTINUED FROM A PREVIOUS DATE?** __No__
Witnesses Called/Exhibits Introduced __See Attached Sheet__
  A. Docket # ___
    1. Ruling _____

    2. Order to follow  Yes ___  No ___
**DEADLINES**
Trial _____                    Pretrial Motions _____
Sentencing _____               Pretrial Conference _____
Detention Hearing _____        Preliminary Hearing _____
Other _____
Miscellaneous __Defendant stipulated to violations. Supervised release revoked. Defendant committed to custody of US Marshals for 36 months. Hearing concluded.__

                                    __Annie Fox__
                                    Deputy Clerk

Exhibit and Witness List

UNITED STATES

vs.

James Christopher Kopp

Case No. 99-CR-19-LRR

| Presiding Judge: Chief Judge Linda R. Reade | Plaintiff's Attorney: AUSA Stephanie Rose | Defendant's Attorney: Brian Johnson |
|---|---|---|
| Hearing Date: 10/14/08 | Court Reporter: Patrice Murray | Courtroom Deputy: Annie Fox |

| Pl # | Def # | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|---|
| X | | 10/14/08 | | | Witness: Chancy Streets |
| 1 | | 10/14/08 | X | X | Medical Records |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of 1