# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 08-3530

_____

United States of America,

Plaintiff - Appellee

v.

James Christopher Kopp, also known as Jamie Kopp,

Defendant - Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:99-cr-00019-LRR-1)

_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

October 27, 2009

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans