# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-3530

United States of America,

Appellee

v.

James Christopher Kopp, also known as Jamie Kopp,

Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:99-cr-00019-LRR-1)
_____

**MANDATE**

In accordance with the opinion and judgment of 10/27/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 17, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit